UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAMARA R. HATCHER,

    Plaintiff,

v.      Case No. 6:22-cv-2202-CEM-LHP

SOJOURN VENTURES LLC,
LEON HARBOR LLC, SUNKEN
TREASURES LLC, and MANDY
THOMAS,

    Defendants.
                                  /

## ORDER OF REFERENCE

THIS CAUSE is before the Court upon review of the record. This case involves claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. Due to the unique nature of such cases, this case is hereby referred to the Magistrate Judge for issuance of the FLSA Scheduling Order and management of the deadlines set forth therein.

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record