UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case NO.: 6:22-cv-02202-CEM-EJK

Tamara R. Hatcher,
and other similarly situated individuals,

    Plaintiff (s),

v.

Sojourn Ventures LLC,
Leon Harbor LLC,
Sunken Treasures LLC,
and Mandy Thomas, individually

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S ANSWERS TO COURT INTERROGATORIES

Plaintiff Tamara R. Hatcher by and through undersigned counsel, hereby files this Motion for Extension of Time to Plaintiff's Answers to Court Interrogatories and respectfully state as follows:

1. On or about January 26, 2023, the Court issued an Order requiring, *inter alia*, that Plaintiff's Answer to Court Interrogatories be filed by March 9, 2023 [D.E. 11].

2. Because the undersigned counsel's calendar has been completely full the past couple of weeks and the following weeks appear to be full with depositions, mediations, settlement conferences and hearings in different and separate unrelated matters, the undersigned has not been able to finalize Plaintiff's Court interrogatories.

3. The undersigned is waiting for Plaintiff's verified answers.

4. Because Plaintiff has not provided the undersigned her verified Answers to Court's Interrogatories, the filing of such document in accordance with the current deadline is not feasible.

5. Due to the press of litigation, and for the reasons set forth above, Plaintiffs respectfully request an enlargement of time of 10 days, up to and including March 20, 2023, in order to file Plaintiff's Answers to Court Interrogatories.

6. Pursuant to Fed.R.Civ.P. 6(b), this Court may enlarge a period of time in which certain acts are to be done for "cause shown." The standard is a liberal one, and "an application for an enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party."

    4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure*, § 1165 at 552 (3d ed. 2002).

7. Neither bad faith nor prejudice exists here. This request is submitted in good faith and not for purposes of delay.

WHEREFORE, it is respectfully requested that this Court Grants Plaintiffs' Motion for Extension of Time up to and including March 20, 2023, to file Plaintiff's Verified Answers to Court Interrogatories.

Dated: March 9, 2023

    Respectfully submitted,

    **ZANDRO E. PALMA, P.A.**
    **Attorney for Plaintiff**
    9100 S. Dadeland Blvd, Suite 1500,
    Miami, Florida, 33156
    Telephone:  (305) 446-1500
    Facsimile:   (305) 446-1502
    zep@thepalmalawgroup.com
    BY:  **s/Zandro E. Palma**
    Zandro E. Palma Esq.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      **ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
BY:  **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
*Attorney for Plaintiff*