## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**TAMARA R. HATCHER,**

          **Plaintiff,**

**v.**                                     **Case No: 6:22-cv-2202-CEM-EJK**

**SOJOURN VENTURES LLC,**
**LEON HARBOR LLC, SUNKEN**
**TREASURES LLC, and MANDY**
**THOMAS,**

          **Defendants.**

### ORDER

This cause comes before the Court on the Joint Motion for Approval of Settlement (the "Motion"), filed June 6, 2023. (Doc. 28.) On June 6, 2023, the parties consented to a magistrate judge's consideration of this dispositive motion. (Doc. 29.) This Motion was referred by an Order of Reference on June 7, 2023. (Doc. 30.)

The proposed settlement involves a compromise of Plaintiff's claims; therefore, the Court must review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dept' of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the settlement agreement, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between the parties represented by competent counsel. *Id.* The Court finds that the agreed-upon fees and costs to be paid to Plaintiff's counsel were determined independently, did not affect the payment to Plaintiff, and

otherwise appear to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

Accordingly, it is **ORDERED** that the Joint Motion for Approval of Settlement (Doc. 28) is **GRANTED**. The settlement agreement is **APPROVED**, and this case is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Orlando, Florida on July 14, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE